1  KARL GERBER (SBN 166003)
   kgerber@emplaw.net
2  ERIC PALMER (SBN 231207)
   epalmer@emplaw.net
3  EMPLOYMENT LAWYERS GROUP
   13418 Ventura Boulevard
4  Sherman Oaks, California 91423
   Telephone: (818) 783-7300
5  Facsimile: (818) 995-7159

6  Attorneys for Plaintiff
   SYBIL PHELPS

7
   EMMA LUEVANO (SBN 198421)
8  eyl@msk.com
   WHITNEY NONNETTE (SBN 295222)
9  wsn@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
10 11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
11 Telephone: (310) 312-2000
   Facsimile: (310) 312-3100
12
   Attorneys for Defendants
13 IPS CORPORATION and WELD-ON
   ADHESIVES, INC.
14

15               UNITED STATES DISTRICT COURT

16               CENTRAL DISTRICT OF CALIFORNIA

17 SYBIL PHELPS,                         CASE NO. 2:14-cv-5789 BRO (PLAx)
                                         ORDER ON
18              Plaintiff,               JOINT STIPULATION RE:
                                         VOLUNTARY DISMISSAL WITH
19       v.                              PREJUDICE OF COMPLAINT

20 IPS CORPORATION; WELD-ON              (Removed from LASC Case No.
   ADHESIVES, INC.; DOES 1 through       BC 550309)
21 100, inclusive,
                                         File Date:  July 1, 2014
22              Defendants.              Trial Date: Not yet set

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

6441627.1

JOINT STIPULATION RE: VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sybil Phelps, on the one hand, and Defendants IPS Corporation and Weld-On Adhesives, Inc., on the other hand, by and through their respective counsel, HEREBY STIPULATE as follows:

1. The Complaint in the above entitled action, and all claims asserted therein, shall be and are dismissed with prejudice.
2. Other than as agreed between the parties, each party shall bear her or its own attorneys' fees and costs incurred in connection with the above entitled action.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this joint stipulation of voluntary dismissal is to be effective without further court order.

Dated: November 3, 2014        EMPLOYMENT LAWYERS GROUP

By: /s/ Eric Palmer
Eric Palmer
Attorneys for Plaintiff
SYBIL PHELPS

Dated: November 3, 2014        MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Emma Luevano
Emma Luevano
Attorneys for Defendants
IPS CORPORATION and WELD-ON ADHESIVES, INC.

**IT IS SO ORDERED.**

DATED: November 5, 2014

UNITED STATES DISTRICT JUDGE

2

JOINT STIPULATION RE: VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT